

April 2, 2025

<u>*Via* ECF</u>
The Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007



Re:   *United States v. Derrick Hodge*, 23 Cr. 644 (JGLC)

Dear Judge Clarke,

I write regarding my representation of Mr. Hodge in the above-referenced matter. Mr. Hodge is currently scheduled for sentencing on April 29, 2025 at 11:00 a.m.

At this time, I am respectfully requesting a one-month adjournment of Mr. Hodge's sentencing date and corresponding submissions schedule. After conferring with the government, the Parties propose adjourning this matter to June 2, 2025, or June 3, 2025, at whatever time is preferable to the Court. The reason for this request is to give the defense extra time to collect exhibits and complete its submission to the Court.

The government, through AUSA William Kinder, consents to this adjournment request.

Thank you for the Court's consideration.

Application GRANTED. The sentencing scheduled for April 29, 2025 is ADJOURNED to June 18, 2025 at 12:00 p.m. in Courtroom 11B located at 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 48.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Derrick Hodge*

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 3, 2025
         New York, New York

cc:   Counsel of record
         *via* ECF

---

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com