**MEMO ENDORSED**



October 1, 2025

**Application GRANTED. Mr. Hodge's surrender date is adjourned to January 5, 2026. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 93.**

<u>*Via* ECF & Email</u>
The Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: October 2, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

<u>Re:</u>   ***United States v. Derrick Hodge***
    **Dkt. No.: 1:23-CR-644-002 (JGLC)**

Dear Judge Clarke:

Mr. Hodge was sentenced to 30 months of imprisonment and 3 years of supervised release before this Court in June 2025. He was ordered to surrender for service at his designated institution before 2 P.M. on October 6, 2025. *See* ECF 74. On September 10, 2025, Mr. Hodge received a designation notification from the U.S. Marshals Service, assigning him to FCI Oakdale II and reiterating the voluntary surrender date of October 6, 2025.

In light of some developments in Mr. Hodge's life, I respectfully request a 90-day adjournment of Mr. Hodge's voluntary surrender date to accommodate various responsibilities before he begins serving his term of imprisonment at FCI Oakdale II.

Mr. Hodge has several health issues for which he is trying to obtain treatment before he begins serving his term of imprisonment. He recently visited his urologist, who believes he might have a prostate issue. She sent in a referral for a prostate exam, and it was scheduled for late-December 2025. Mr. Hodge has been calling their office daily, to see if there is any earlier scheduling availability, and he is supposed to hear back from them in the upcoming days.

Mr. Hodge also received X-rays on his feet on September 23, 2025, to evaluate chronic pain and bone-growth issues. *See* Derrick Hodge's X-Ray Results from Diagnostic Imaging Services, Exhibit A. He currently has a podiatry procedure scheduled for October 31, 2025, to address this problem. *See* Derrick Hodge's Upcoming Appointments List, Exhibit B.

Mr. Hodge also wears braces and has a history of broken wires. He would like to have his braces removed before surrendering to BOP custody in order to avoid dealing with these issues while under the medical care of the BOP. According to his dentist's schedule, he is expected to wrap up his care and get them removed within two months.

Mr. Hodge also has some family responsibilities he is finalizing, including:

1) Finding an assisted living home for his stepmother, because she is no longer able to care for herself and Mr. Hodge is the only family available to manage her care at this stage; and,

2) Making arrangements for a care provider for Ms. Levi (Mr. Hodge's mother-figure who was recently diagnosed with blood clots and needs frequent transportation to appointments and general monitoring); Ms. Levi's son is planning on selling his home and moving back to Louisiana to be with her by the end of the year, thus filling the

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

      need for an interim caregiver

      Mr. Hodge will use a 90-day adjournment of his October 6, 2025, surrender date to address these issues. He does not intend to ask the Court for any additional adjournments if this one is granted.

      The government, through AUSA Rebecca Delfiner, has indicated that it takes no position on Mr. Hodge's request.

      Thank you for the Court's consideration.

      Respectfully,

      /s/

      Aaron Mysliwiec, Esq.
      *Attorney for Derrick Hodge*

      Miedel & Mysliwiec LLP
      52 Duane Street, 7th Floor
      New York, NY 10007
      (T) 212-616-3042
      am@fmamlaw.com

CC:    AUSA William C. Kinder (*via ECF*)
       AUSA Rebecca Delfiner (*via ECF*)