UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

DERRICK HODGE,

Defendant.

23-CR-644-2 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

Mr. Hodge moves for a sentence reduction under 18 U.S.C. § 3582(c)(2). For the reasons stated herein and those in the Government's opposition to the motion (ECF No. 103), the motion is DENIED.

As the basis for this motion, Mr. Hodge points to: (i) the policy statement set forth in U.S.S.G. § 1B1.10; (ii) the Section 3553(a) factors; (iii) Amendment 821 to the Guidelines; and (iv) U.S.S.G. § 4A1.1. The policy statement in U.S.S.G. § 1B1.10 sets forth the amendments to the Guidelines that may provide a basis for reducing a defendant's term of imprisonment. One of the listed amendments is Amendment 821. U.S.S.G. § 1B1.10(d). However, Amendment 821, which amended U.S.S.G. § 4A1.1, was in place at the time of Mr. Hodge's sentencing, and the Court considered all the factors in Section 3553(a) in reaching a below Guidelines sentence for Mr. Hodge. As such, the Court finds no basis to reduce Mr. Hodge's sentence and denies Mr. Hodge's motion.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 102.

Dated: March 5, 2026
    New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge